IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZEPHERINE MILLER, Administrator and Personal Representative of the Estate of Raymond Lamar Bailey, Deceased,  Plaintiff,  v.  THE GEO GROUP, INC.,  Defendant. | )))))))))))))) Case No. CIV-25-724-D |

## ORDER

Plaintiff brought this civil rights action under 42 U.S.C. § 1983, alleging violations of Raymond Lamar Bailey's constitutional rights. Defendant The GEO Group, Inc. filed a Motion to Dismiss [Doc. No. 9], to which Plaintiff responded [Doc. No. 13], and Defendant replied [Doc. No. 14]. The matter was referred to United States Magistrate Judge Chris M. Stephens for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On February 13, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 16], in which he recommends that Defendant's Motion to Dismiss [Doc. No. 9] be denied. In his report, the magistrate judge notified the parties of their right to file an objection to the report on or before February 27, 2026, and that the failure to object waives the right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 16] in its entirety.

For the reasons stated therein, Defendant's Motion to Dismiss [Doc. No. 9] is **DENIED**.

**IT IS SO ORDERED** this 2nd day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge